UNIVERSITY OF THE STATE OF NEW YORK
STATE EDUCATION DEPARTMENT
OFFICE OF STATE REVIEW
-----------------------------------------------------------------------

In the Matter of the Appeal of

PK. and P.K., on behalf of P.K.,                    **AFFIDAVIT OF SERVICE**

                         Petitioners,

    -against-

BEDFORD CENTRAL SCHOOL DISTRICT,

                         Respondent.
-----------------------------------------------------------------------

STATE OF NEW YORK         )
                                        ) ss.:
COUNTY OF WESTCHESTER  )

        Kim Gilyard, being sworn says: I am not a party to the action, am over 18 years of age and reside in Bedford, New York. That on October 3, 2007, I served a true copy of Summons & Complaint in the following manner: By delivering the same personally to the person and at the address indicated below:

Carole LaColla
District Clerk
Bedford Central School District
Fox Lane Campus, Route 172
Bedford, New York 10506

                                                       Kim Gilyard

Sworn to before me this
3rd day of October, 2007

Notary Public

                       LEAH L. MURPHY
             Notary Public, State of New York
                   No. 02MU6079081
             Qualified in Westchester County
         Commission Expires August 12, 2010