ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

P.K. and P.K., on behalf of P.K.,

        Plaintiffs,

-against-

BEDFORD CENTRAL SCHOOL DISTRICT,
        Defendant
---------------------------------------X

Leah L. Murphy (LLM/8934)
KUNTZ, SPAGNUOLO &
MURPHY P.C.
Attorneys for Plaintiffs
444 Old Post Road
Bedford Village, NY 10506
(914) 234-6363

**CONSENT SCHEDULING ORDER**

Index No.: 07-8494 (WCC)

ECF CASE

This Consent Scheduling Order is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1. This case is not to be tried to a jury.

2. No additional parties shall be joined after January 15, 2008.

3. No amendments to the pleadings will be permitted after January 15, 2008.

4. Given that this action is one for review on an administrative record pursuant to Fed. R. Civ. P. 26(a)(1)(E)(i), there shall be no discovery practice, including the submission of additional evidence pursuant to 20 U.S.C § 1415(i)(2)(B)(ii), other than the transmittal of the administrative record created below to the Court and Memorandum of Law by both parties. The New York State Education Department has been requested to transmit the certified administrative record of this proceeding to the Court.

5. Defendants' Memorandum of Law shall be served on or before March 3, 2008.

6. Plaintiff's Memorandum of Law shall be served on or before March 19, 2008.

7. Defendant's reply Memorandum of Law, if any, shall be served on or before March 26, 2008.

8. This scheduling order may be altered or amended only on a showing of good cause

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES MAILED TO COUNSEL OF RECORD

not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine

Dated:   January 18, 2008
         White Plains, New York

SO ORDERED:

_____
Hon. William C. Connor
United States District Judge

Consented to:

_____
Leah L. Murphy, Esq. (LLM/8934)

Kuntz, Spagnuolo & Murphy, P.C
Attorneys for Plaintiff
444 Old Post Road
Bedford Village, New York 10506
(914) 234-6363

_____
Ralph DeMarco, Esq. (RD 1339)

Ingerman Smith, LLP
Attorneys for Defendants
550 Mamaroneck Avenue, Suite 209
Harrison, New York 10528
(914) 777-1134