UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
P.K. AND P.K., ON BEHALF OF P.K.

                              Plaintiffs,                      07 CV 08494 (WCC)

-against-                                                             JUDGMENT

BEDFORD CENTRAL SCHOOL DISTRICT,

                              Defendant.
------------------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable William C. Conner, Sr. U.S.D.J., and the Court thereafter on August 1, 2008, having handed down an OPINION AND ORDER (Docket #11), granting defendant's motion for Summary Judgment and denying plaintiffs' cross motion for Summary Judgment (Docket #8) as moot, it is,

       **ORDERED, ADJUDGED AND DECREED**: that defendant's motion for Summary Judgment is granted, and plaintiffs' Cross Motion for Summary Judgment (Docket #8) is denied as moot, and the case is hereby closed.

Dated: White Plains, N.Y.
           August 5, 2008

                                                            **J. Michael McMahon - Clerk of Court**